# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0819.  MICHAEL KEY v. NAJARIAN CAPITAL, LLC et al.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, Michael Key appealed to the superior court, which issued a writ of possession in favor of Najarian Capital, LLC.  Key then filed a direct appeal to the Supreme Court, and the Supreme Court transferred the case here.  See Case No. S20A0242 (transferred Nov. 4, 2019).  Najarian Captial has filed a motion to dismiss the appeal, arguing that the appeal should have been brought by discretionary application.  We agree.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal.  OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Key's failure to follow the proper procedure deprives us of jurisdiction over this appeal.

Accordingly, Najarian Captial's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _01/07/2020_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ *, Clerk.*